# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D22-2254
LT Case No. 2015-CA-2763

_____

CAROL ALBERT AND STEPHEN
ALBERT,

     Appellants,

     v.

DEANNA WOODALL,

     Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Dawn P. Fields, Judge.

Michael R. D'Lugo, of Wicker Smith O'Hara McCoy & Ford, P.A.,
Orlando, for Appellants.

Michelle L. Stein, of Dan Newlin Injury Attorneys, Orlando, for
Appellee.

October 31, 2023

PER CURIAM.

     AFFIRMED.

EISNAUGLE, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____